**Petition for Writ of Mandamus Denied and Memorandum Majority and Dissenting Opinions filed August 31, 2021.**



In The

# Fourteenth Court of Appeals

### NO. 14-21-00462-CV

## IN RE CHARLES WATSON, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-28746-B**

## MEMORANDUM MAJORITY OPINION

On August 17, 2021, relator Charles Watson filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Dedra Davis, presiding judge of the 270th District Court of Harris County, to set aside her August 9, 2021 order granting real parties in interest's motion for leave to designate responsible third parties.

Relator has not established that he is entitled mandamus relief.  Accordingly, we deny relator's petition for writ of mandamus.  We also deny relator's motion to stay.


PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Spain. (Spain, J., dissenting).